IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| DANA G. GABEL,<br><br>    Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>    Defendant. | No. CV 07-369-TUC-CKJ (JJM)<br><br>**ORDER** |

On February 9, 2009, Magistrate Jacqueline J. Marshall issued a Report and Recommendation [Doc. #29] in which she recommended that Plaintiff's Motion for Summary Judgment [Doc. #17] be denied and Defendant's Cross-Motion for Summary Judgment [Doc. #21] be granted.  No objections have been filed within the time provided by 28 U.S.C. § 636(b).

Accordingly, after an independent review, IT IS ORDERED:

1. The Report and Recommendation [Doc. #29] is ADOPTED;

2. Plaintiff's Motion for Summary Judgment [Doc. #17] is DENIED; and

3. Defendant's Cross-Motion for Summary Judgment [Doc. #21] is GRANTED.

4. The Clerk of the Court shall enter judgment in this matter, and close its file.

DATED this 23rd day of March, 2009.

_____
Cindy K. Jorgenson
United States District Judge